**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**PAUL D. MEEKS**                                                                     **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:05CV486–WHB–JCS**

**INFINITI CONSTRUCTORS, INC.**                              **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal Without Prejudice filed on August 18, 2006, by counsel for Plaintiff and counsel for Defendant, this case is hereby dismissed with prejudice.

SO ORDERED this the 29th day of August, 2006.

                                                       <u>s/William H. Barbour, Jr.</u>
                                                       UNITED STATES DISTRICT JUDGE